~~LAW OFFICES OF BECKY WALKER JAMES~~
~~BECKY WALKER JAMES (Bar No. CA 151419)~~
~~KATHRYN A. LOHMEYER (Bar. No. CA 240291)~~
~~17383 Sunset Boulevard, Suite A315~~
~~Pacific Palisades, CA 90272~~
~~Telephone: (310) 492-5104~~
~~Facsimile: (310) 492-5026~~
~~E-mail: becky@walkerjameslaw.com~~

~~Attorneys for *Plaintiff*~~
~~**ZINC SOLUTIONS, INC.**~~

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ZINC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PROGENEX DAIRY BIOACTIVES, INC., a Delaware corporation; VENTUREPHARMA, LLC, a Wyoming limited liability company, <br><br> Defendants. | Case No. 8:13-cv-00025-JLS (ANx) <br><br> **DISCOVERY MATTER** <br><br> **[PROPOSED] ORDER GOVERNING THE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS** |

WHEREAS Plaintiff Zinc Solutions, Inc. ("Zinc") and Defendants Progenex Dairy Bioactives, Inc. ("PDB") and VenturePharma, LLC ("VenturePharma"), by and through their attorneys of record listed below agree on the following language of a proposed confidentiality order ("Confidentiality Order") in connection with prosecution of this fraudulent transfer action, including any and all discovery produced in connection therewith,

Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between Zinc, PDB, VenturePharma, and their respective counsel, that the

following definitions and procedures will govern the designation and handling of Confidential Material received by the Parties:

1. This Confidentiality Order shall apply to any information, document, thing or portion thereof, and any other form of evidence or discovery produced by a Party or a non-party (the "Confidential Materials") in this fraudulent transfer action.

2. This Confidentiality Order shall prohibit disclosure of any and all of the Confidential Materials to any person or entity except in accordance with the terms, conditions, and restrictions of this Confidentiality Order.

3. Subject to the terms, conditions, and restrictions of this Confidentiality Order, Confidential Materials shall not be disclosed by anyone to any person or entity except to PDB, VenturePharma, Zinc, and those persons that are directly involved with the prosecution and resolution of this fraudulent transfer action. No Confidential Materials shall be posted onto any internet site, nor published in any way, by any party or person.

4. In addition, Confidential Materials may be disclosed by counsel for Zinc, PDB, or VenturePharma to the following persons and entities in connection with counsel's efforts to pursue the prosecution and resolution of this fraudulent transfer action:

    a. Employees, contractors, consultants of, or others engaged by, Zinc's counsel in connection with the prosecution and resolution of this fraudulent transfer action;

    b. Employees, contractors, consultants of, or others engaged by, PDB and VenturePharma's counsel in connection with the prosecution and resolution of this fraudulent transfer action;

    c. Court reporters and other persons involved in recording testimony in connection with the prosecution of this fraudulent transfer action;

///

      d. This Court and/or other persons employed by the Court whose duties require access to any information filed in connection with the prosecution and resolution of this fraudulent transfer action.

5. Before Confidential Materials, or contents thereof, are disclosed to any person authorized to receive the same, counsel shall advise the recipient of the existence of this Confidentiality Order and said person must agree (a) to be bound by the terms hereof by signing the "Agreement to be Bound by the Confidentiality Order" attached hereto as Exhibit A, (b) to maintaining the received Confidential Materials in confidence, and (c) not to disclose the received Confidential Materials to anyone other than in accordance with the terms of this Confidentiality Order.

Each Party shall maintain a file containing executed copies of the "Agreement to be Bound by the Confidentiality Order."

The requirements of this Paragraph 5 shall not apply to Confidential Materials, or contents thereof, disclosed to the Court and/or other persons employed by the Court.

6. Confidential Materials shall not be copied or reproduced except to the extent that copying or reproduction is reasonably necessary for the prosecution and resolution of this fraudulent transfer action. All such copies or reproductions shall be subject to the terms of this Confidentiality Order.

7. Counsel who sign this Confidentiality Order on behalf of a Party shall assume responsibility for compliance with the terms of this Confidentiality Order and ensuring that no disclosure of Confidential Materials or any information contained therein is made by counsel, except as permitted by this Confidentiality Order.

8. Should Confidential Materials need to be filed in this Court for any reason, counsel shall file such pleadings under seal as allowed by the applicable Local Rules of the U.S. District Court for the Central District of California.

9. No confidentiality privilege, doctrine, or treatment is waived by the production of Confidential Materials otherwise entitled to such privilege, doctrine, or treatment.

10. Nothing in this Confidentiality Order shall prohibit PDB or VenturePharma from seeking further or lesser protection of Confidential Materials by application to the Court.

11. If Confidential Materials are disclosed to any person other than in the manner authorized by this Confidentiality Order, the Person responsible for the disclosure must immediately advise PDB, VenturePharma, and Zinc's counsel of all pertinent facts relating to such disclosure and, without prejudice to any other rights and remedies of the Parties, make every effort to prevent further disclosure by it or by the recipient of the Confidential Materials or use of those Confidential Materials thereafter.

12. The Parties recognize that the Court may award reasonable attorneys' fees incurred in connection with any actions to enforce the provisions of this Confidentiality Order.

13. At the conclusion of this action, including any appeals from any judgment or order entered by this Court, at PDB's or VenturePharma's request, counsel shall at is option either: (a) destroy Confidential Materials and certify in writing that such destruction has occurred; or (b) return Confidential Materials and certify in writing that they have been returned.

///
///
///
///
///
///

14. The Court retains jurisdiction to enforce or modify this Confidentiality Order.

**IT IS SO STIPULATED.**

Dated: _____                    s/Becky Walker James_____
                                           BECKY WALKER JAMES
                                           Law Offices of Becky Walker James
                                           17383 Sunset Blvd., Suite A315
                                           Pacific Palisades, CA  90272
                                           *Attorneys for Zinc Solutions, Inc.*

Dated: _____                    _____
                                           KURT DREIBHOLZ
                                           Morris Polich & Purdy, LLP
                                           1055 West Seventh Street, Suite 2400
                                           Los Angeles, CA  90017
                                           *Attorneys for Progenex Dairy Bioactives, Inc.*

Dated: _____                    _____
                                           KURT DREIBHOLZ
                                           Morris Polich & Purdy, LLP
                                           1055 West Seventh Street, Suite 2400
                                           Los Angeles, CA  90017
                                           *Attorneys for VenturePharma, LLC*

**IT IS SO ORDERED:**

Dated:  October 8, 2013                    _____
                                           THE HON. ARTHUR NAKAZATO
                                           UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

## AGREEMENT TO BE BOUND BY CONFIDENTIALITY ORDER

I hereby acknowledge that I, _____, am about to receive confidential information supplied in connection with the prosecution of the fraudulent transfer action in *Zinc Solutions, Inc. v. Progenex Dairy Bioactives, Inc. and VenturePharma, LLC*, by Case No. 8:13-cv-00025-JST-AN, in the United States District Court for the Central District of California. I certify my understanding that such information is to be provided to me pursuant to the terms and restrictions of an Order Governing the Designation and Handling of Confidential Materials dated _____ ___, 2013, in this action, and that I have been given a copy of and have read such Order and agree to be bound by its terms. I understand that such information and any copies that I made of Confidential Materials (as defined in the Order), or any notes or other records that may be made regarding any such materials, shall not be disclosed to any person except as defined in the Order.

DATED: _____        _____
                                                              Signature

                                                         _____
                                                                Print Name

                                                         _____
                                                                 Print Title